September 4, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ERIC NDUBUEZE  UFOM, Appellant

NO. 14-14-00438-CV                                    V.

WEST WYNDE HEALTH SERVICES, INC., GLADYS IBIK AND JOHN IBIK,
Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on May 21, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Eric Ndubueze  Ufom.

We further order this decision certified below for observance.